1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Ricardo Herrera

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           Case No. 1:21-cr-00238-ADA

12 |         *Plaintiff,*                STIPULATION TO CONTINUE STATUS
                                         CONFERENCE, AND ORDER THEREON
13 |     vs.
                                         Date:  November 17, 2022
14 | RICARDO HERRERA,                    Time:  2:00 p.m.
                                         Judge: Hon. Barbara A. McAuliffe
15 |         *Defendant.*

16

17

18         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, KIMBERLEY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff,

20 and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ricardo Herrera, that

21 the status conference scheduled for November 10, 2022 may be continued to November 17, 2022,

22 or the soonest date thereafter convenient to the court.

23         This continuance is requested to allow time for additional investigation to allow the parties

24 time to determine how best to proceed at the upcoming status conference. Because this matter is a

25 supervised release violation, the Speedy Trial Act does not apply and no exclusion of time is

26 necessary.

27 ///

28 ///

|   |   |   |   |
|---|---|---|---|
|   |   |   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: November 9, 2022 |   | By: | /s/ *Kimberley A. Sanchez*<br>KIMBERLEY A. SANCHEZ<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|   |   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: November 9, 2022 |   | By: | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ricardo Herrera |

## ORDER

IT IS SO ORDERED that the status conference is continued from November 10, 2022, to **November 17, 2022, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

Dated: __November 9, 2022__         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE