1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )      Case №: 1:21-CR-00238-1-ADA
                                       )
9                   Plaintiff,         )           **O R D E R**
                                       )      **APPOINTING COUNSEL**
10              vs.                     )
                                       )
11   RICARDO ELIAS HERRERA,            )
                                       )
12              Defendant.             )
     _____ )

13

14          The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18          IT IS HEREBY ORDERED that James Homola be appointed to represent the above

19   defendant in this case effective *nunc pro tunc* to August 28, 2023, in place of the Federal

20   Defender Organization.

21

22          This appointment shall remain in effect until further order of this court, or until the

23   pending criminal matter and any direct appeal is resolved, whichever is first.

24
     DATED: 8/30/2023
25

26                                              _____
                                                *Sheila K. Oberto*
27                                              HON. SHEILA K. OBERTO
                                                United States Magistrate Judge
28

                                              -1-