```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
RICARDO ELIAS HERRERA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 1: 21 CR 238 ADA |
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD |
| RICARCO ELIAS HERRERA, | ORDER |
| Defendant. | |

   On August 8, 2023, a petition was filed, alleging that Mr HERRERA had violated the conditions of his supervised release.  On August 29, 2023, Magistrate Judge OBERTO appointed attorney James R. Homola to represent Mr. HERRERA. On October 2, 2023, Mr. HERRERA admitted the violations, and on June 22, 2023, he was sentenced in proceedings before Judge Ana de Alba.

   Mr. HERRERA is in BOP custody. The period within which to file a notice of appeal has passed. There is no further action to be taken in this matter. Having completed his representation of Mr. HERRERA, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: October 24, 2023          Respectfully submitted,

                                 /s/ James R. Homola
                                 JAMES R. HOMOLA
                                 Attorney for Defendant

**ORDER**

Having reviewed the notice and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant HERRERA at the following address, and to update the docket to reflect Defendant's pro se status and contact information.

```
Ricardo Elias Herrera
USM #73742-298
JID 7113734  Bkng# 2326931
P.O. Box 872
Fresno, CA  93712
```

IT IS SO ORDERED.

Dated:   October 25, 2023

_____
UNITED STATES DISTRICT JUDGE